NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUMEN VIEW TECHNOLOGY LLC,**
*Plaintiff-Appellant,*

v.

**FINDTHEBEST.COM, INC,**
*Defendant-Appellee.*

---

2015-1275, -1325

---

Appeals from the United States District Court for the Southern District of New York in 1:13-cv-03599-DLC, Senior Judge Denise Cote.

---

**O R D E R**

The above appeals appear to be related. Additionally, it appears that defendants from a different district court case should not appear in this court's caption.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. Appellant's opening brief is due April 13, 2015.

                                                FOR THE COURT

                                                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court

s31